## HOPKINS *v.* JOHNSON.

ATKINSON, J. When this case was before this court on a former occasion (*Johnson* v. *Hopkins*, 145 *Ga.* 817, 90 S. E. 60), it was held that the petition as amended set forth a cause of action, and was not subject to the demurrers. On the trial a jury returned a verdict for the defendant, and the plaintiff made a motion for a new trial, which was overruled, and he excepted. *Held:*

1. The only grounds of the amendment to the motion for new trial were based on alleged newly discovered evidence. The assignments of error based on these grounds were not referred to in the briefs of the counsel for the plaintiff in error, and will be treated as abandoned.

2. No complaint being made of any error of law committed on the trial, and the evidence being sufficient to support the verdict for the defendant, there was no error in refusing the plaintiff a new trial.

*Judgment affirmed. All the Justices concur.*

No. 2726.    MAY 13, 1922.

Equitable petition. Before Judge M. D. Jones. Bibb superior court. May 21, 1921.

*H. F. Strohecker* and *A. W. Graves,* for plaintiff in error.

*Martin & Martin* and *Viola Napier,* contra.

---

## BRANTLEY *v.* TONEY.

FISH, C. J. This is an action to enjoin an alleged trespass upon a certain strip of land to which both parties claim title. On the trial during term before a jury, after submission of all evidence by both parties, they agreed to withdraw the case from the jury and to submit it to the court on the evidence introduced before the jury, with power to pass upon all issues of law and fact, and to render final judgment. The court rendered judgment in favor of the plaintiff, and decreed that the defendant be enjoined in accordance with the prayers of the petition. The defendant excepted. The only error assigned is to the effect that the judgment is without evidence to support it. The evidence is conflicting, and that for the plaintiff is sufficient to authorize the judgment, which therefore is affirmed.

*Judgment affirmed. All the Justices concur.*

No. 2736.    MAY 13, 1922.

Indictment for trespass. Before Judge Hutcheson. Campbell superior court. May 10, 1922.

*J. F. Golightly,* for plaintiff in error.

*A. C. Corbett* and *Claude C. Smith,* contra.